## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| PARIS DA'JON ALLEN, | Case No. 15-CV-1905 (MJD/JJK) |
| Plaintiff, | |
| v. | |
| KENT GRANDLIENARD, ET AL. *OPH*; | **ORDER** |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated May 26, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

1. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

2. Plaintiff Paris Da'jon Allen's application to proceed *in forma pauperis* [ECF No. 2] is **DENIED AS MOOT**.

**Let Judgment be entered accordingly.**

Date: July 2, 2015

                                                  s/Michael J. Davis
                                                  MICHAEL J. DAVIS
                                                  United States District Court